IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LISA MCGINN, )<br>)<br>Defendants. )<br>) | 4:05CR3143<br><br>ORDER |

Attorney Carlos A. Monzon has entered his appearance for defendant Lisa McGinn in this matter.

IT THEREFORE HEREBY IS ORDERED,

The motion of Franklin E. Miner to withdraw as counsel for defendant Lisa McGinn, filing 23, is granted.

DATED this 16th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge