IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3143 |
| | ) | |
| v. | ) | |
| | ) | |
| LISA McGINN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the report and recommendation of the magistrate judge (Filing No. 36), recommending that defendant's motion to dismiss (Filing No. 24) be denied.  Pursuant to 28 U.S.C. § 636(b)(1)(A), the Court has reviewed said report and recommendation.  The Court also notes no objections have been filed and finds the report and recommendation should be approved and adopted.  Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted.

2) Defendant's motion to dismiss is denied.

3) Trial of this matter is scheduled for:

**Monday, June 19, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and

the defendant in a speedy trial.  The additional time between May

17, 2006, and June 19, 2006, shall be deemed excludable time in

any computation of time under the requirement of the Speedy Trial

Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 17th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court