IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          4:05CR3143
                               )
     v.                        )
                               )
LISA McGINN,                   )          ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion to continue (Filing No. 47). The Court notes defendant has no objection thereto. Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Monday, August 7, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. A critical witness is unavailable; defense counsel has a scheduled vacation; and less than ten days have run on the speedy trial clock. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between June 16, 2006, and August 7, 2006, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 16th day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court