IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         4:05CR3143
                               )
         v.                    )
                               )
LISA McGINN,                   )         ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 76). The Court notes plaintiff has no objection thereto. Subject to defendant filing a written waiver of speedy trial,

IT IS ORDERED that defendant's motion is granted; trial of this matter is rescheduled for:

**Monday, November 13, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. Defense counsel represents the necessity of obtaining expert witnesses. He further contends that additional time is necessary to continue the investigation and gather documents and materials to aid defense experts in their ability to render an opinion at trial central to defendant's defense.

The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant

in a speedy trial.  The additional time between September 25, 2006, and November 13, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 18th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court